S.D.N.Y. – N.Y.C.
17-cv-4480
08-cv-8120
06-cv-6841
09-cv-19
Crotty, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of May, two thousand eighteen.

Present:
  Robert D. Sack,
  Reena Raggi,
    *Circuit Judges,*
  Lewis A. Kaplan,[*]
    *District Judge.*

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** May 18, 2018

Rajagopala Sampath Raghavendra, Founder, RESCUE Ad Hoc Committee; National Association For Clients Against Dishonest Attorneys, AKA R.S. Raghavendra,

  *Plaintiff-Appellant*,

v.

Jane E. Booth, Individually and as General Counsel of Columbia University, et al.,

  *Defendants-Appellees*.

17-3816 (L),
17-4070 (Con),
17-4079 (Con),
17-4112 (Con)

Appellant, *pro se*, moves to disqualify opposing counsel, compel settlement and arbitration, unseal documents, and impose sanctions. Appellees move to impose sanctions against Appellant. Upon due consideration, it is hereby ORDERED that Appellant's motions are DENIED and the appeals are DISMISSED because they "lack[] an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995).

---

[*] Judge Lewis A. Kaplan, of the United States District Court for the Southern District of New York, sitting by designation.

CERTIFIED COPY ISSUED ON 05/18/2018

It is further ORDERED that Appellees' motion is GRANTED IN PART and double costs are AWARDED against Appellant under Fed. R. App. P. 38 and this Court's inherent authority because Appellant's course of conduct in litigating these actions and appeals demonstrates that he "has acted in bad faith, vexatiously, wantonly, or for oppressive reasons." *Ransmeier v. Mariani*, 718 F.3d 64, 68 (2d Cir. 2013) (internal quotation marks omitted). Appellees should, within 14 days of the entry of this order, file an itemized bill of costs with the Clerk of Court.

The Clerk of Court is DIRECTED not to accept any more papers from Appellant except upon proof of payment of the sanctions imposed by this Court. *See In re 60 E. 80th St. Equities, Inc.*, 218 F.3d 109, 121 (2d Cir. 2000); *Schiff v. Simon & Schuster, Inc.*, 766 F.2d 61, 62 (2d Cir. 1985). This prohibition against further filings does not apply to any petition for rehearing, rehearing *en banc*, or writ of certiorari in this case.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit